**Richard Leslie SCHRIER, Appellant,**

v.

**Donna PAULSON, sued as Judge Donna Paulson; Scott Rosenberg, sued as Judge Scott Rosenberg; Des Moines Police Department; Polk County Sheriff's Department; Christine Gonzalez, sued in her official capacity as Polk County Attorney, Appellees.**

No. 05–2021.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 3, 2005.

Decided Nov. 16, 2005.

Richard Leslie Schrier, Des Moines, IA, pro se.

Mark Godwin, City Attorney's Office Legal Department, Des Moines, IA, for Appellees.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Richard Schrier appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action for damages. Having carefully reviewed the record and the parties' submissions on appeal, we conclude the judgment of the district court was correct. Defendant judges were entitled to judicial immunity, *see Mireles v. Waco*, 502 U.S. 9, 11–13, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991) (per curiam), as well as sovereign immunity, *see Williams v. Missouri*, 973 F.2d 599, 599–600 (8th Cir.1992) (per curiam); the county attorney was entitled to absolute prosecutorial immunity, *see Brodnicki v. City of Omaha*, 75 F.3d 1261, 1266 (8th Cir.), *cert. denied*, 519 U.S. 867, 117 S.Ct. 179, 136 L.Ed.2d 119 (1996); and, even assuming that the remaining defendants were suable entities, the allegations against them did not state a constitutional violation attributable to governmental policy or custom, *see Tilson v. Forrest City Police Dep't*, 28 F.3d 802, 807 (8th Cir. 1994), *cert. denied*, 514 U.S. 1004, 115 S.Ct. 1315, 131 L.Ed.2d 196 (1995). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.